**Slip Op. 01-108**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                          :
FAG ITALIA, S.p.A., FAG BEARINGS CORP., :
SKF USA Inc. and SKF INDUSTRIE S.p.A.    :
                                          :
          Plaintiffs and                 :
          Defendant-Intervenors,         :
                                          :
          v.                             :  Consolidated
                                          :  Court No.
UNITED STATES,                           :  97-02-00260-S
                                          :
          Defendant,                     :
                                          :
THE TORRINGTON COMPANY,                  :
                                          :
          Defendant-Intervenor           :
          and Plaintiff.                  :
_____ :


**JUDGMENT**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>FAG Italia, S.p.A. v. United States</u>, 24 CIT ___, Slip Op. 00-154 (Nov. 21, 2000) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

**ORDERED** that the Remand Results filed by Commerce on April 23, 2001, are affirmed in their entirety; and it is further

    **ORDERED** that since all other issues have been decided, this case is dismissed.

 

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:    August 20, 2001
          New York, New York